UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 03-14007-CR-MOORE/LYNCH

UNITED STATES OF AMERICA,

    Plaintiff,

v.

DONALD RAY JOHNSON,

    Defendant.
_____/



FILED by _____ D.C.

FEB - 7 2007

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA.

### REPORT AND RECOMMENDATION ON PETITION FOR VIOLATION OF SUPERVISED RELEASE

**THIS CAUSE** having come on to be heard for an evidentiary hearing on February 7, 2007 in respect to the Petition for Violation of Supervised Release dated September 27, 2006, and this Court having conducted a hearing, recommends to the District Court as follows:

    1.    At the outset of the hearing, the Defendant, through his attorney, announced that he was admitting the two violations alleged in the Petition. Those violations are as follows:

| | |
|---|---|
| **Violation Number 1** | **Violation of Mandatory Condition**, by unlawfully possessing or using a controlled substance. On August 9, 2006, defendant submitted urine urine specimens that tested positive for the presence of amphetamine in our local laboratory and the defendant admitted to using methamphetamine on or about August 4, 2006. |
| **Violation Number 2** | **Violation of Standard Condition**, by failing to follow the instructions of the probation officer. On August 28, 2006, the defendant was instructed to report to Social Solutions in Sebring, Florida daily and participate in weekly |

substance abuse counseling until otherwise instructed. The defendant has not reported as instructed since September 1, 2006.

2.  The Defendant acknowledged that he understood his rights to an evidentiary hearing in this case and that by admitting these violations he would be waiving those rights associated with such a hearing. This Court is satisfied that the Defendant understands the consequences of his admissions and that all that will remain will be for Judge Moore to conduct a sentencing hearing to determine what sentence to be imposed. Further, this Court is satisfied that the Defendant is knowingly, willingly and voluntarily entering his admissions to these violations without any promises, threats or coercion from anyone.

3.  Based upon the Defendant's admissions, this Court finds and recommends to the District Court that the Defendant has violated his supervised release in respect to Violations 1 and 2 as alleged in the Petition.

**ACCORDINGLY,** this Court recommends to the District Court that the Defendant be found to have violated his supervised release and that a sentencing hearing be set at the earliest convenience of the District Court for final disposition of this matter.

The parties shall have ten (10) days from the date of this Report and Recommendation within which to file objections, if any, with the Honorable K. Michael Moore, United States District Judge assigned to this case.

**DONE AND SUBMITTED** this ___ day of February, 2007, at Ft. Pierce, Northern Division of the Southern District of Florida.

FRANK J. LYNCH, JR.
UNITED STATES MAGISTRATE JUDGE

2

cc:
Hon. K. Michael Moore
AUSA Rinku Talwar
AFPD Robert Adler
U.S. Probation Office
U.S. Marshal