UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 03-14007-CR-MOORE

UNITED STATES OF AMERICA,

        Plaintiff(s),

vs.

DONALD RAY JOHNSON
#74742-004

        Defendant(s).
_____/

## ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION

THIS MATTER is before the Court on Magistrate Judge Frank J. Lynch's Report and Recommendation [78] on Petition for Violation of Supervised Release, issued February 7, 2007. After review of the record and having received no objections thereto, it is

ORDERED AND ADJUDGED that Magistrate Judge Lynch's Report and Recommendation issued February 7, 2007 is hereby ADOPTED.

DONE AND ORDERED in Chambers at Miami, Florida this 26th day of February, 2007.

                                            K. MICHAEL MOORE
                                            UNITED STATES DISTRICT JUDGE

Copies Furnished to:

All counsel and pro se parties of record